## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-214(1) (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Ocie Pankey, | |
| Defendant. | |

James S. Alexander, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Manvir K. Atwal, Assistant Federal Defender, Federal Defender's Office, counsel for Defendant.

---

This matter is before the Court upon Defendant's objections to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated October 25, 2007, recommending that: (1) Defendant's Motion to Suppress Statements, Admissions, and Answers be denied; and (2) Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure be denied.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and

precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1.  Defendant Ocie Pankey's objections (Doc. No. 30) to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated October 25, 2007, are **DENIED**.

2.  Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated October 25, 2007 (Doc. No. 28), is **ADOPTED**.

3.  Defendant Ocie Pankey's Motion to Suppress Statements, Admissions and Answers (Doc. No. 11) is **DENIED**.

4.  Defendant Ocie Pankey's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 12) is **DENIED**.

Dated: November 13, 2007         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court